IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTONIO LAMAR
WILLIAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

CASE NO. 1D15-2487

v.

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed October 5, 2016.

An appeal from the Circuit Court for Alachua County.
David A. Glant, Judge.

Bill Salmon, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.